UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) CAUSE NO. 1:18-cr-00313-JPH-MJD<br>) |
| KAYLAN COFFEY,<br>    Defendant. | )    - 04<br>) |

## REPORT AND RECOMMENDATION

On June 12, 2024, the Court held a preliminary and revocation hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on April 11, 2024, and order granting the Petition on April 12, 2024. [Filing Nos. 469, 470.]. Defendant, Kaylan Coffey appeared in person with her appointed counsel, Gwendolyn Beitz. The government appeared by Pamela Domash, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Billie Galbreath.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant of her rights and provided her with a copy of the petition. Defendant orally waived her right to a preliminary hearing.

    2.    After being placed under oath, Defendant admitted violation numbers 1, 2 and 3. [Filing Nos. 469, 470.].

    3.    The allegations to which Defendant admitted, as fully set forth in the petition, is/are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**<br><br>As previously reported to the Court, Ms. Coffey submitted urine specimens on October 30, and December 4, 2023, and January 11, 18, 27, 31, 2024, and February 8, and 21, 2024, that tested positive for fentanyl, and January 22, 2024, that tested positive for fentanyl and cocaine. |
| 2 | **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."**<br><br>Ms. Coffey left the Fairbanks Recovery Center (Fairbanks) detoxification program on April 6, 2024, against medical advice, and is not currently engaged in treatment. |
| 3 | **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."**<br><br>Ms. Coffey has absconded from supervision. She was discharged from Fairbanks against medical advice on April 6, 2024, and has not had contact with the probation officer since March 19, 2024. Her whereabouts are unknown. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is II.

      (c)      The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5.      The parties jointly recommended a sentence of 24 months' imprisonment with no supervised release to follow. Defendant requested placement at the Bureau of Prisons FMC Lexington or Alderson Federal Prison Camp and a Residential Drug Abuse Program (RDAP).

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that her supervised release should be revoked, and that she should be sentenced to the custody of the Attorney General or his designee for a period of 24 months' imprisonment with no supervised release to follow. The Magistrate Judge recommends placement at the Bureau of Prisons FMC Lexington or Alderson Federal Prison Camp and a Residential Drug Abuse Program (RDAP). The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 6/12/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system