UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:18-cr-00313-JPH-MJD |
| KAYLAN COFFEY, | ) ) | -04 |
| Defendant. | ) ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court ADOPTS Magistrate Judge Tim A. Baker's Report and Recommendation and all findings therein, dkt. [480]. The Court now ORDERS that Kaylan Coffey's supervised release is therefore REVOKED, dkt. [469], and Ms. Coffey is sentenced to the custody of the Attorney General or his designee for imprisonment of 24 months, with no federal supervision to follow and adopts the Magistrate Judge's recommendation of placement at the Bureau of Prisons FMC Lexington or Alderson Federal Prison Camp and the Residential Drug Abuse Program (RDAP).

**SO ORDERED.**

Date: 6/18/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C